# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ODEST RILEY, | Case No.: 2:11-CV-4116-FFM |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| ASSOCIATED CREDITORS EXCHANGE, | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 11, 2011

    /S/ Frederick F. Mumm
Frederick F. Mumm
United States District Judge

---

Stipulation of Dismissal and [Proposed] Order